

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00015-CV

**INTEREST OF BLJP,**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 12-05-28687-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court